

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-26-00017-CV

---

IN THE MATTER OF THE MARRIAGE OF BRANDON FOWLER AND MACI FOWLER
AND IN THE INTEREST OF J.R.F. AND J.J.F., CHILDREN

---

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. FM20188

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

The parties have filed a joint motion informing the Court that they have settled the dispute at issue in this appeal and request that we "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement." TEX. R. APP. P. 42.1(a)(2)(B). After consideration of the motion, we grant the motion, "set aside the trial court's judgment without regard to the merits[,] and remand the case to the trial court for rendition of judgment in accordance with the [parties'] agreement." *Id.*; *see* TEX. R. APP. P. 43.2(d).

Scott E. Stevens
Chief Justice

Date Submitted:    June 15, 2026
Date Decided:    June 16, 2026